■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD FABELLA, Appellant. [640 NYS2d 777] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Appelman, J.), rendered October 26, 1993, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit. Rosenblatt, J. P., Miller, O'Brien and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY FOSTER, Appellant. [640 NYS2d 776] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mastro, J.), rendered April 25, 1994, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Balletta, J. P., O'Brien, Ritter, Pizzuto and Altman, JJ., concur.